IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-11-2362-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPT., et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's complaint (Doc. 1).

      A review of the complaint reveals that it should have been filed as an amended complaint in plaintiff's related pending action against these defendants, case number 11cv1576-GEB-CMK. In plaintiff's other action, his complaint was stricken as unsigned, in contravention of Federal Rule of Civil Procedure 11, and he was ordered to file a signed complaint. It appears that the signed complaint was used to open a new action, instead of as ordered. Plaintiff is admonished that he must include the case number on any documents filed with the court.

/ / /

/ / /

1

1  Accordingly, the Clerk of the Court is directed to take the complaint erroneously
2 filed in this action, and file it as an amended complaint in case number 11cv1576. This action
3 shall then be closed as opened in error.
4  IT IS SO ORDERED.

6  DATED: September 12, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE